NO. 07-10-00152-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



SEPTEMBER
17, 2010

 



 

KANAYO EUGENE UBESIE, JR., APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE COUNTY COURT OF NAVARRO
COUNTY;

 

NO. 61,354; HONORABLE JOHN JACKSON, JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

ORDER

 

Appellant, Kanyao
Eugene Ubesie, Jr., appeals his conviction by jury of
the offense of driving while intoxicated, and sentence of 180 days confinement
in the Navarro County Jail and $1,000 fine. 
The sentence of incarceration was suspended and appellant was placed on
community supervision for a period of two years.  On August 26, 2010, this Court received a
Motion to Withdraw from appellant’s retained counsel that complies with the
requirements of Texas Rule of Appellate Procedure 6.5.  Having received no objection to this motion,
the Motion to Withdraw is hereby granted.

                                                                                                Per
Curiam

            








Do
not publish.